

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2018

No. 04-18-00603-CR

Brian Dwayne **WILLIAMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-1568-CR-C
Honorable Jessica Crawford, Judge Presiding

## **O R D E R**

Patricia Wagner's notification of late record is hereby noted. The reporter's record is due no later than December 28, 2018.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2018.

KEITH E. HOTTLE,
Clerk of Court